IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TAWANA NUNNERY**                                            **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 3:19-CV-179-MPM-JMV**

**SAM'S EAST, INC.**                                  **DEFENDANT**

## ORDER

This matter is before the court upon the joint oral motion [27] of the parties for an extension of the case management order deadlines, after obtaining a trial continuance. Doc. #32. The court finds good cause to extend the requested deadlines.

THEREFORE, the case management order shall be amended as follows:

1. Plaintiff shall designate expert witnesses by October 7, 2020;

2. Defendant shall designate expert witnesses by November 6, 2020;

3. All discovery shall be completed by January 7, 2021;

4. All dispositive and *Daubert* motions shall be filed by February 8, 2021. The deadline for motions *in limine* is fourteen days before the pretrial conference.

As only four months now remain between the dispositive motions deadline and the trial date, no further extensions shall be granted absent a trial continuance.

SO ORDERED this, the 28th day of May, 2020.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE